# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

EYM DINER OF FLORIDA, LLC,

    Plaintiffs,

v.                                          Case No. 8:24-cv-2822-WFJ-AEP

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

This cause comes before the Court on the parties' Joint Motion and Stipulation to Transfer this case pursuant to Local Rule 1.07(a)(2)(B), M.D. Fla. (Dkt. 18). In view of the related and earlier-filed case of *EYM Diner of Florida, LLC v. Westchester Surplus Lines Insurance Company*, No. 6:24-cv-2174-JSS-UAM, which is pending before the Honorable Julie S. Sneed, this case is **TRANSFERRED** to Judge Sneed, with her knowledge and consent, for all further proceedings. The Clerk is directed to effectuate transfer.

    **DONE AND ORDERED** at Tampa, Florida, on January 21, 2025.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Hon. Julie S. Sneed and Counsel of record